UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WYATT N. REDFOX,<br><br>                         Plaintiff,<br><br>           v.<br><br>BRANDON JONES, *et al.*,<br><br>                       Defendants. | Case No. 3:21-cv-00005-SLG-MMS |

## ORDER

At Docket 27, the Ninth Circuit Court of Appeals referred this action back to the District Court for the limited purpose of determining whether *in forma pauperis* status should continue.

Upon review, the Court determines that Mr. Redfox's incarcerated and indigent status has not changed. And the Court finds that at least Mr. Redfox's individual claims are not frivolous. Therefore, the district court finds that in forma pauperis status should continue for this appeal. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

DATED this 18th day of October, 2021, at Anchorage, Alaska.

                                                              */s/ Sharon L. Gleason*
                                                             UNITED STATES DISTRICT JUDGE